UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                    **CRIMINAL ACTION NO.: 4:21-CR-00006-JHM**

**JAMES KEITH RAY**                                                                           **DEFENDANT**

ORDER

This matter being before the Court upon motion of the United States to dismiss the Indictment, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the motion of the United States is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Indictment filed in this matter is hereby DISMISSED, without prejudice.

Dated: June 16, 2021

*Joseph H. McKinley*
Joseph H. McKinley Jr., Senior Judge
United States District Court

Copies to:  Counsel of record
            US Marshal